IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE M. MECKLEY | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | NO. 10-2844 |

## ORDER

**AND NOW**, this 20th day of October, 2011, after careful review and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto and review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED; and

2. The Plaintiff's Request for Review is DENIED.

It is so **ORDERED**.

BY THE COURT:

J. WILLIAM DITTER, JR., S. J.